634 A.2d 520

WILLIAM KARNEY v. STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS.

June 21, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is granted, and the judgment of the Appellate Division is summarily reversed. See *Breeden v. N.J. Department of Corrections*, 132 *N.J.* 457, 625 *A.*2d 1125 (1993).

■

634 A.2d 520

MERIT OIL OF NEW JERSEY, INC. v. NEWPORT ASSOCIATES DEVELOPMENT COMPANY, ET AL.

July 7, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is granted; and the matter is summarily remanded to the Appellate Division for reconsideration in light of *McKeown–Brand v. Trump Castle Hotel and Casino*, 132 *N.J.* 546, 626 *A.*2d 425 (1993).

■

634 A.2d 520

UNITED STATES KENNEL CLUB, INC., ET AL. v. TOWNSHIP OF WAYNE, ET AL. AND ANNETTE BARONE.

July 7, 1993.

ON PETITION FOR CERTIFICATION

Petition for certification is granted; and the matter is summarily remanded to the Appellate Division in light of *McKeown–Brand v. Trump Castle Hotel and Casino*, 132 *N.J.* 546, 626 *A.*2d 425 (1993).